UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LEE P. ROSKY, et al., derivatively, and
on behalf of WELLCARE HEALTH PLANS, INC.,

    Plaintiffs,

v.                                                            CASE NO: 8:07-cv-1952-T-26MAP

TODD S. FARHA, REGINA E. HERZLINGER,
KEVIN F. HICKEY, ALIF A. HOURANI,
RUBEN JOSE KING-SHAW, JR., CHRISTIAN P.
MICHALIK, and NEAL MOSZKOWSKI,

    Defendants,
and

WELLCARE HEALTH PLANS, INC.,

    Nominal Defendant.
    _____/

**O R D E R**

Upon due consideration of the parties' written submissions and oral arguments, and for the reasons announced on the record at the hearing held in this case this day, it is ordered and adjudged as follows:

    1) Wellcare Special Litigation Committee's (SLC's) Motion to Stay (Dkt. 98) is granted.

    2) All proceedings in this case, including the discovery process, are stayed until November 20, 2009, in order to afford the SLC ample time within which to undertake and complete its investigation of the claims raised in this case.

3) The SLC shall submit a written report and recommendation to the Court and all affected parties on or before November 20, 2009.

4) The Court will schedule a status conference within two weeks of receipt of the report and recommendation to discuss with counsel the ramifications of the report and recommendation as it affects the pending claims, as well as the future course of this case.

5) The Court defers the entry of a case management and scheduling order until the stay is lifted.

6) Plaintiffs shall be allowed to serve preservation subpoenas on both parties and non-parties within twenty-one (21) days of this order.

7) Counsel for all parties are directed to insure that all parties to this action, as well as any non-parties, who may have relevant information or who may possess relevant documentation are made aware of the prohibitions of 18 U.S.C. § 1512.

**DONE AND ORDERED** at Tampa, Florida, on May 14, 2009.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record