**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**WELLCARE HEALTH PLANS, INC.,**

    **Plaintiff,**

v.                                                        Case No.  8:07-cv-1952-T-30EAJ

**TODD S. FARHA, et al.,,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon the unopposed Joint Motion to Stay the Case Pending the Conclusion of Parallel Federal Criminal Proceedings (Dkt. #205).  Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1.    The unopposed Joint Motion to Stay the Case Pending the Conclusion of Parallel Federal Criminal Proceedings (Dkt. #205) is GRANTED.

2.    This case is STAYED until ninety (90) days after the resolution of parallel federal criminal proceedings against Defendants, *U. S. v. Farha, et al.*, case number 8:11-cr-115-T-30MAP, including any trials, mistrials, retrials, post-trial motions and proceedings, but not including appeals of any potential convictions.  The parties shall file an appropriate motion in the above-styled case within said ninety (90) day period requesting reactivation of this case.

3. The Clerk is directed to terminate any pending motions and ADMINISTRATIVELY CLOSE this case.

**DONE** and **ORDERED** in Tampa, Florida on April 19, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2007\07-cv-1952.admin close.frm