UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WELLCARE HEALTH PLANS, INC.,

    Plaintiff,

    v.                                            CASE NO:  8:07-cv-01952-JSM-EAJ

TODD S. FARHA, PAUL BEHRENS, and
THADDEUS BEREDAY,

    Defendants.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff WellCare Health Plans, Inc. and Defendant Todd Farha have entered into a Settlement Agreement resolving all matters between them, including all of the claims asserted in this action.  Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, all parties who have appeared hereby stipulate to the dismissal, with prejudice, of the above captioned action against the defendant, Todd Farha.

Date: September 28, 2016                       Respectfully submitted,

| | |
|---|---|
| */s/Gregory W. Kehoe* | Geoffrey R. Garinther, |
| Gregory W. Kehoe | *appearing pro hac vice* |
| FBN: 0486140 | grgarinther@venable.com |
| kehoeg@gtlaw.com | VENABLE, LLP |
| GREENBERG TRAURIG, P.A. | 575 7th Street, NW |
| 101 E. Kennedy Blvd., Suite 1900 | Washington, DC 20004 |
| Tampa, FL 33602 | Phone: (202) 344-4919 |
| Phone: (813) 318-5700 | Fax: (202) 244-8300 |
| Fax: (813) 318-5900 | |
| | *Counsel for Plaintiff, WellCare Health Plans, Inc.* |

/s/ Thomas C. Newkirk.
Thomas C. Newkirk
*appearing pro hac vice*
tnewkirk@jenner.com
JENNER & BLOCK LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC  20001-4412
Phone: (202) 639-6000
Fax:  (202) 639-6066

/s/ Michael P. Matthews
Michael P. Matthews
FBN: 063988
mmatthews@foley.com
FOLEY & LARDNER, LLP
100 N Tampa St Ste. 2700
Tampa, FL 33602
Phone: (813) 225-4131
Fax: (813) 221-4210

*Counsel for Defendant Paul Behrens*

/s/ Keith E. Eggleton
Keith E. Eggleton,
*appearing pro hac vice*
keggleton@wsgr.com
WILSON, SONSINI, GOODRICH
  & ROSATI, PC
650 Page Mill Rd
Palo Alto, CA 94304-1050
Phone: (650) 493-9300
Fax: (650) 565-5100

Douglas J. Titus, Jr.
FBN: 213756
dtitus@georgeandtitus.com
GEORGE & TITUS, P.A.
100 South Ashley Drive, Suite 320
Tampa, FL 33602
Phone: (813) 273-0355
Fax: (813) 276-1515

*Counsel for Defendant, Todd Farha*

Jack E. Fernandez, Jr.
FBN: 843751
jfernandez@zuckerman.com
ZUCKERMAN SPAEDER, LLP
Suite 1200
101 E Kennedy Blvd
Tampa, FL 33602-5838
Phone: (813) 221-1010
Fax: (813) 223-7961

*Counsel for Defendant Thaddeus Bereday*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on September 28, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will serve as notice of electronic filing to all counsel of record.

                */s/Gregory W. Kehoe*
                Gregory W. Kehoe