UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WELLCARE HEALTH PLANS, INC.

        Plaintiff,

v.                                             CASE NO:  8:07-cv-01952-JSM-AAS

TODD S. FARHA, PAUL BEHRENS, and
THADDEUS BEREDAY,

        Defendants,
_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    Plaintiff WellCare Health Plans, Inc. and Defendant Thaddeus Bereday have entered into a Settlement Agreement resolving all matters between them, including all of the claims asserted in this action. Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, all parties who have appeared hereby stipulate to the dismissal, with prejudice, of the above captioned action against Defendant Thaddeus Bereday.

Date: October 5, 2017                                                    Respectfully submitted,

| | |
|---|---|
| Geoffrey R. Garinther | */s/ Gregory W. Kehoe* |
| *appearing pro hac vice* | Gregory W. Kehoe |
| grgarinther@venable.com | FBN: 0486140 |
| VENABLE LLP | kehoeg@gtlaw.com |
| 575 7th Street, NW | GREENBERG TAURIG, P.A. |
| Washington, DC 20004 | 101 E. Kennedy Blvd., Suite 1900 |
| Phone: (202) 344-4919 | Tampa, FL 33602 |
| Fax: (202) 244-8300 | Phone: (813) 318-5700 |
| | Fax: (813) 318-5900 |
| | |
| | *Counsel for Plaintiff, WellCare Health Plans, Inc.* |

1

| | |
|---|---|
| */s/ Keith E. Eggleton* <br> Keith E. Eggleton, <br> *appearing pro hac vice* <br> keggleton@wsgr.com <br> WILSON, SONSINI, GOODRICH <br>   & ROSATI, PC <br> 650 Page Mill Rd <br> Palo Alto, CA 94304-1050 <br> Phone: (650) 493-9300 <br> Fax: (650) 565-5100 | Jack E. Fernandez, Jr. <br> FBN: 843751 <br> jfernandez@zuckerman.com <br> ZUCKERMAN SPAEDER, LLP <br> Suite 1200 <br> 101 E Kennedy Blvd <br> Tampa, FL 33602-5838 <br> Phone: (813) 221-1010 <br> Fax: (813) 223-7961 <br> <br> *Counsel for Defendant, Thaddeus Bereday* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 5, 2017 a true and correct copy of the foregoing was filed electronically via the Court's electronic filing system which will serve a copy via email on counsel of record for the parties.

*/s/ Gregory W. Kehoe*
Attorney

WDC 373567317v1