# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

WELLCARE HEALTH PLANS, INC.,

     Plaintiff,

v.                                          Case No: 8:07-cv-1952-T-30AAS

PAUL BEHRENS,

     Defendant.

_____

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal With Prejudice (Dkt. #221) as to Defendant Thaddeus Bereday.   Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice as to Defendant THADDEUS BEREDAY.

DONE AND ORDERED at Tampa, Florida on this 5th day of October, 2017.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record